1  SNYDER LAW, LLP
2  Sean R. Burnett (SB# 227952)
3  Adrian T. Lambie (SB# 268247)
4  420 South Fairview Avenue, Suite 102
5  Santa Barbara, California  93117
6  Telephone No.: 805.692.2800
7  Facsimile No.: 805.692.2801
8  sburnett@snyderlaw.com
9  alambie@snyderlaw.com
10
11 Attorneys for Defendant TARGET CORPORATION

**DENIED**
BY ORDER OF
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE
ON _____

FILED
CLERK, U.S. DISTRICT COURT
August 8, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____RH____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROXANA MADALY,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. CV 14-3817 JFW (VBKx)<br><br>Judge:      Hon. John F. Walter<br>Magistrate: Hon. Victor B. Kenton<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |

The Stipulated Protective Order filed by defendant, TARGET CORPORATION, on August 4, 2014 is **DENIED WITHOUT PREJUDICE.**

   IT IS SO ORDERED:

///

///

[PROPOSED] ORDER - 1

1) ¶ 4: The Court is not "bound" by its Order. It can amend or vacate the Order at any time.

2) ¶ 9: Local Rule 79-5 must be followed. Further, the Court has no responsibility to return sealed documents to a party upon termination of the case.

3) ¶ 10: The Court will not instruct the Clerk as to how sealed documents are to be labeled or maintained.

4) ¶12: All motions must comply with Local Rule 37.

5) ¶17: The court will not retain jurisdiction to enforce this Order after termination of the action.

6) An amended proposed Protective Order may be submitted for the Court's consideration on or after August 18, 2014 only.

Dated: August 8, 2014                              /s/
                                          VICTOR B. KENTON
                                      UNITED STATES MAGISTRATE JUDGE